**FILED**

MAR 1 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE DIAZ SAHAGUN, et al., <br><br> Defendants. | Case No. CV 13-05620-JST <br><br> [~~PROPOSED~~] ORDER ON JOINT MOTION AND STIPULATED REQUEST FOR ORDER CHANGING TIME ON: (1) DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; AND (2) CASE MANAGEMENT CONFERENCE <br><br> Judge:  Hon. Jon S. Tigar <br> Dept.:  Courtroom 9, 19th Floor <br><br> Complaint Filed:  December 5, 2013 |

PURSUANT TO THE PARTIES JOINT MOTION AND STIPULATED REQUEST FOR ORDER CHANGING TIME, IT IS HEREBY ORDERED THAT:

1. Defendants Jose Diaz Sahagun and Marisa Food Services, Inc. ("Defendants") shall have up to and including April 11, 2014 to answer Plaintiff J&J Sports Productions, Inc.'s complaint;

2.      The initial case management conference is continued from April 2, 2014 at 2:00 p.m. to June 25, 2014 ~~_____~~ at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, with a commensurate extension of all meet and confer and scheduling deadlines set forth in the Court's January 27, 2014 Order Setting Case Management Conference (Dkt. 8).

**IT IS SO ORDERED.**

DATED: 3/19, 2014

HON. JON S. TIGAR
U.S. DISTRICT JUDGE