Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:13-cv-05620-VC |
| Plaintiff, | |
| vs. | ORDER ~~(Proposed)~~<br>AS MODIFIED |
| JOSE DIAZ SAHAGUN, et al., | |
| Defendants. | |

**ORDER** ~~(Proposed)~~

~~It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 3:13-cv-05620-VC styled *J & J Sports Productions, Inc. v. Sahagun, et al.*, is hereby granted permission to appear telephonically at the Further Case Management Conference scheduled for Tuesday, November 18, 2014 at 11:00 A.M.~~

~~Plaintiff's counsel shall be available at his phone number of record [(626) 799-9797] for the duration of the conference.~~

Plaintiff counsel is reminded of docket 36 and the order to provide the Court and opposing counsel a conference

**IT IS SO ORDERED**:  line no less than 3 court days prior to the hearing.

_____          Dated: November 10, 2014
**THE HONORABLE VINCE CHHABRIA**
**United States District Court**
**Northern District of California**

Page 1