Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jose Diaz Sahagun, et al., <br><br> Defendants. | CASE NO. 3:13-cv-05620-VC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE DIAZ SAHAGUN, individually and d/b/a FERNANDO'S MEXICAN RESTAURANT; and MARISA FOOD SERVICES, INC., an unknown business entity d/b/a FERNANDO MEXICAN RESTAURANT  AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE DIAZ SAHAGUN, individually and d/b/a FERNANDO'S MEXICAN RESTAURANT; and MARISA FOOD SERVICES, INC., an unknown business entity d/b/a FERNANDO MEXICAN RESTAURANT, that the only above-entitled defendants is hereby dismissed **without prejudice** against JOSE DIAZ SAHAGUN, individually and d/b/a FERNANDO'S MEXICAN RESTAURANT; and MARISA FOOD SERVICES, INC., an unknown business entity d/b/a FERNANDO MEXICAN RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 1, 2015, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 30, 2014

*s/Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: December 24, 2014

*s/Richard Mac Bride*
**LAW OFFICES OF RICHARD MAC BRIDE**
By: Richard Mac Bride, Esquire
Attorneys for Defendants
JOSE DIAZ SAHAGUN, individually and d/b/a FERNANDO'S MEXICAN RESTAURANT; and MARISA FOOD SERVICES, INC., an unknown business entity d/b/a FERNANDO MEXICAN RESTAURANT

**IT IS SO ORDERED**:

Dated: December 30, 2014

**The Honorable Vince Chhabria**
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
**Case No. 3:13-cv-05620-VC**
**PAGE 2**